# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 13-10263-FDS-4 |
| SENNY ARIAS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

On April 29, 2015, the Court held a hearing on defendant Senny Arias's two pending motions to suppress certain evidence.[1] After argument on the motions, the Court continued the hearing until May 6, 2015, in part to allow for time to determine whether resolution of either of the motions would require evidence in the form of live testimony.

One of Arias's two motions to suppress evidence is based on the claim that a law enforcement officer obtained a warrant (to place a GPS tracking device on a vehicle) by submitting an affidavit that included false statements or omissions made knowingly and intentionally, or with a reckless disregard for the truth. (Docket No. 200). Pursuant to the rule of *Franks v. Delaware*, 438 U.S. 154, 155-56 (1978), a defendant raising such claims is entitled to an evidentiary hearing if he "makes a substantial preliminary showing that a false statement knowingly and intentionally, or with reckless disregard for the truth, was included by the affiant in the warrant affidavit, and if the allegedly false statement is necessary to the finding of probable cause." For reasons that will be explained at the hearing on May 6, 2015, the Court

---

[1] On April 30, 2015, Arias moved for leave to file a third motion to suppress evidence.

finds that Arias has not met the threshold *Franks* standard and an evidentiary hearing is therefore not warranted.

Accordingly, the Court anticipates that the hearing on May 6, 2015, will consist of further attorney argument, along with any evidence—testimonial or otherwise—that the parties may wish to present that relates specifically to the motion to suppress evidence arising from the traffic stops of July 24, 2013, and August 6, 2013.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: May 1, 2015